# United States Bankruptcy Court
## District of Nevada

Case No. **09–17742–mkn**
**Chapter 7**

In re: (Name of Debtor)
  NERRY M LISING
  1713 MIZZENMAST AVENUE
  NORTH LAS VEGAS, NV 89032

  ANASTACIA LISING
  1713 MIZZENMAST AVENUE
  NORTH LAS VEGAS, NV 89032

Social Security No.:
  xxx–xx–0550

  xxx–xx–1648

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT BRIAN D. SHAPIRO is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 9/1/09

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court